## People of the State of Illinois ex rel. Aubrey G. O'Kelley, Appellee, v. James P. Allman et al., Appellants.

### Gen. No. 42,068.

Heard in first division, first district, this court at December term, 1941; opinion filed July 1, 1942. Barnet Hodes, Corporation Counsel, for appellants; James A. Velde, Carl H. Lundquist, L. Louis Karton and ·Louis H. Geiman, Assistant Corporation Counsel, of counsel; Michael F. Ryan, for appellee; Richard F. McPartlin, Jr., of counsel. Opinion by JUSTICE McSURELY. "Not to be published in full."